SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
MOJI SANIEFAR, Cal. Bar No. 233330
msaniefar@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone:    (650) 815-2600
Facsimile:    (650) 815-2601

Attorneys for Defendant,
HOT TOPIC, INC.

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., SBN 111282
Amanda Seabock, SBN 289900
Russell Handy, SBN 195058
Dennis Price, SBN 279082
Aaina Duggal, SBN 333681
8033 Linda Vista Road, Suite 200
San Diego, CA  92111
Telephone:    858-375-7385
Facsimile:    888-422-5191
Email: amandas@potterhandy.com

Attorneys for Plaintiff,
BRIAN WHITAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>HOT TOPIC, INC., a California Corporation,<br><br>        Defendant. | Case No. 2:21-cv-00436-TLN-KJN<br>Honorable Troy L. Nunley<br><br>**STIPULATION AND ORDER TO EXTEND THE FACT DISCOVERY DEADLINE AS SET IN THE COURT'S MARCH 11, 2021 INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Action Filed:    March 11, 2021<br>Trial Date:       None Set |

By way of this Joint Stipulation (the "Stipulation"), Plaintiff Brian Whitaker and Defendant Hot Topic, Inc. jointly seek an Order from this Court extending the deadline for completion of fact discovery, as set forth in this Court's March 11, 2021 Initial Pretrial Scheduling Order (the "Order"), by sixty (60) days. [Dkt. No. 3.]  The fact discovery deadline is currently set for January 3, 2022 and by way of this Stipulation, the Parties seek to extend this deadline to March 4, 2022.  In order to accommodate the extension of the fact discovery deadline as requested above, the Parties also jointly request to extend the expert and rebuttal expert disclosure deadlines by thirty (30) days.  Currently, initial expert disclosures are required by March 4, 2022 (opening) and April 4, 2022 (rebuttal), respectively, and by way of the instant Stipulation, the Parties request that these deadlines be extended to April 4, 2022 and May 4, 2022, respectively. The proposed modification of these deadlines will not otherwise affect the case schedule and no other deadlines in the past or future, except those specified in this Stipulation, are meant to be altered or extended. In support of this Stipulation, the Parties jointly state as follows:

WHEREAS, on September 9, 2021, Defendant, Hot Topic, Inc. ("Defendant") noticed the deposition of Plaintiff Brian Whitaker ("Plaintiff") for October 22, 2021;

WHEREAS, on October 1, 2021, Defendant requested dates for the deposition of Plaintiff's fact witness, Tim Wegman;

WHEREAS on October 1, 2021, Plaintiff informed Defendant that due to other litigation commitments which included a trial in another matter involving Plaintiff, Plaintiff would be unavailable for deposition within a time period which allowed the Parties sufficient time to meet the fact discovery cutoff set forth in this Court's March 11, 2021 Order as Plaintiff and Mr. Wegman could only make themselves available in mid-November and early-December of 2021;

WHEREAS, the Parties have met and conferred regarding the applicable deadlines set in the instant matter to ensure compliance with them and the Parties agree that good cause supports extending the fact discovery cutoff;

WHEREAS, in light of Plaintiff's other litigation commitments which make him and his witness unavailable for deposition until mid-November to early-December of 2021, and in light of the holiday season wherein both Firm offices and the Courts are closed, the Parties have

determined that, in order for the Parties to timely conclude discovery in this matter, an extension of time is warranted but which is limited to the fact discovery cutoff and the two expert deadlines which must be moved to accommodate a modification to the fact discovery cutoff.

WHEREAS, by way of its Order of March 11, 2021 [ECF No. 3], the Court set the following upcoming dates:

Close of Fact Discovery January 3, 2022

Opening Expert Disclosure March 4, 2022

Rebuttal Expert Disclosure April 4, 2022

Last Day to File Dispositive Motions July 5, 2022

WHEREAS, the deadline for the close of fact discovery has not previously been continued in this case;

WHEREAS, the Parties believe that they can complete the remaining discovery to be conducted in this case, as proposed below, or seek a resolution from the Court, if necessary;

WHEREAS, if the Court approves the requested extension of the discovery cut-off, described above, the Parties agree that a short extension of the expert disclosure and discovery deadlines would be warranted to accommodate the longer discovery period; and

WHEREAS, the Parties do not believe that this extension of the discovery cut-off will require the modification of any other dates or deadlines in the case schedule ordered by the Court, including, the dispositive motion cutoff.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, and subject to the Court's approval, as follows:

1. The following dates be **EXTENDED** from their current due dates to the following:

    Close of Fact Discovery be extended from January 3, 2022 to **March 4, 2022**.

    Opening Expert Disclosure be extended from March 4, 2022 to **April 4, 2022**.

    Rebuttal Expert Disclosure be extended from April 4, 2022 to **May 4, 2022**.

2. This Stipulation is without prejudice to the Parties' ability to seek a further extension of the discovery cut off upon a showing of good cause.

3. No other case dates or deadlines are affected by this Stipulation and Order.

IT IS SO STIPULATED.

Dated: October 12, 2021

CENTER FOR DISABILITY ACCESS

By  /s/ Aaina Duggal (as authorized on October 12, 2021)
AAINA DUGGAL
Attorneys for Plaintiff
Brian Whitaker

Dated: October 12, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Moji Saniefar
MOJI SANIEFAR
Attorneys for Defendant
HOT TOPIC, INC.

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 12, 2021          By: /s/ Moji Saniefar
                                 Moji Saniefar
                                 Attorney for Defendant,
                                 Hot Topic, Inc.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

**DATED**: October 12, 2021

_____
Troy L. Nunley
United States District Judge